# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNIVERSAL ATLANTIC SYSTEMS, INC.,**<br>            **Plaintiff,**<br><br>v.<br><br>**HONEYWELL INTERNATIONAL, INC.,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-4660** |

# O R D E R

**AND NOW**, this 12th day of April, 2018, upon consideration of Defendant's Motion to Transfer Venue or Dismiss (ECF No. 21 & 23), Plaintiff's Response in Opposition (ECF No. 24), and Defendant's Reply thereto (ECF No. 27), **IT IS HEREBY ORDERED** as follows:

(1) Defendant's Motion to Transfer Venue (ECF No. 21) is **DENIED**.

(2) Defendant's Motion to Dismiss (ECF No. 21) is **GRANTED IN PART AND DENIED IN PART.**

   a. Defendant's Motion to Dismiss Count One (breach of contract) is **DENIED**.

   b. Defendant's Motion to Dismiss Count Two (intentional interference with contractual relations) is **GRANTED**. Count Two is **DISMISSED WITH PREJUDICE**.

   c. Defendant's Motion to Dismiss Count Three (negligent misrepresentation) is **GRANTED**. Count Three is **DISMISSED WITH PREJUDICE**.

   d. Defendant's Motion to Dismiss Count Four (promissory estoppel) is **GRANTED**. Count Four is **DISMISSED WITH PREJUDICE**.

                                                        **BY THE COURT:**


                                                        **/s/Wendy Beetlestone, J.**

                                                        _____
                                                        **WENDY BEETLESTONE, J.**