# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNIVERSAL ATLANTIC SYSTEMS, INC.,**<br>**Plaintiff,**<br><br>v.<br><br>**HONEYWELL INTERNATIONAL, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-4660** |

## ORDER

**AND NOW**, this 14th day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment and briefing in support thereof (ECF Nos. 50, 51, 66), and Plaintiff's briefing in opposition thereto (ECF Nos. 60 & 62), it is hereby **ORDERED** that Defendant's motion is **GRANTED** as follows:

1. Defendant's Motion for Summary Judgment on Plaintiff's First Amended Complaint (ECF No. 16) is **GRANTED**. Plaintiff's First Amended Complaint is **DISMISSED**.
2. Defendant's Motion for Summary Judgment on its counterclaim against Plaintiff (ECF No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that, upon consideration of Plaintiff's Motion for Sanctions Under Rule 37(e)(1) and briefing in support thereof (ECF Nos. 61 & 69), and Defendant's briefing in opposition thereto (ECF No. 68), Plaintiff's motion is **DENIED**.

**IT IS FURTHER ORDERED** that, in light of the above holdings, Defendant's Motion to Exclude the Expert Testimony of Stephen Scherf (ECF No. 55), and Defendant's Motion to Strike the Declaration of Richard Sheppard (ECF No. 65) are **DENIED AS MOOT**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**