IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL ATLANTIC SYSTEMS, INC. | Case No. 17-4660 |
| Plaintiff, | |
| v. | |
| HONEYWELL INTERNATIONAL INC., | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

Pursuant to Fed. R. Civ. P. 69 and 42 Pa. C.S.A. § 8104 ("Duty of Judgment Creditor to Enter Satisfaction"), please be advised that the judgment entered at Docket No. 80 in favor of Honeywell International Inc. and against Universal Atlantic Systems, Inc. in the amount of $1,584,000—together with any and all purported rights to interest, fees, costs, or other awards or disbursements—has been fully and finally satisfied and is hereby forever discharged.

Dated: December 5, 2019   **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

KEVIN E. HEXSTALL, ESQUIRE
Attorney ID. No.
kehexstall@mdwcg.com
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2600
215-575-0856

and

**GREENE ESPEL PLLP**

<u>s/ Mark L. Johnson</u>
Mark L. Johnson, Reg. No. 0345520,
    pro hac vice
Holley C. Horrell, Reg. No. 0399636,
    pro hac vice
Anna M. Tobin, Reg. No. No. 395706,
    pro hac vice
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mjohnson@greeneespel.com
hhorrell@greeneespel.com
atobin@greeneespel.com
(612) 373-0830

Attorneys for Defendant,
Honeywell International Inc.