# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 19-2211 & 19-3494

Universal Atlantic Systems Inc v. Honeywell International Inc

(U.S. District Court No.: 2-17-cv-04660)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 06, 2019
CJG/cc:   Ms. Kate Barkman,
          Shane Haselbarth, Esq.
          Holley C. Horrell, Esq.
          Mark L. Johnson, Esq.
          Joseph M. Profy, Esq.
          Mark L. Rhoades, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate